Louise REDDITT, Plaintiff–Appellant,

v.

## DEPARTMENT OF JUSTICE, Defendant–Appellee.

No. 04–1333.

United States Court of Appeals, Federal Circuit.

June 15, 2004.

Louise Redditt, Of Counsel, Fairfax, VA, pro se.

Christian J. Moran, Principal Attorney, Todd Hughes, David M. Cohen, Of Counsel, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Gwendolyn H. KING, Petitioner,

v.

## NATIONAL LABOR RELATIONS BOARD, Respondent.

No. 03–3272.

United States Court of Appeals, Federal Circuit.

June 15, 2004.

Gwendolyn H. King, Of Counsel, Memphis, TN, pro se.

Doris Finnerman, Principal Attorney, Donald E. Kinner, David M. Cohen, Of Counsel, Department of Justice, Washington, DC, for Respondent.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.